# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

TOMMY JOE McGOOGAN,
ADC # 147267                                                    PLAINTIFF

v.                              No. 1:17-cv-23-DPM

SISSY WILSON, Lieutenant, Independence
County Detention Center;  MICHEAL
CROSLIN, Jail Administrator, Independence
County Detention Center;  and SPARKS,
Sergeant                                                        DEFENDANTS

## ORDER

Unopposed recommendation, № 6, adopted as modified. FED. R. CIV.
P. 72(b) (1983 addition to advisory committee notes). McGoogan's two
deliberate indifference claims will be dismissed without prejudice and all his
other claims will be dismissed with prejudice. This dismissal counts as a
strike under 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order
and accompanying Judgment would not be taken in good faith. 28 U.S.C.
§ 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 June 2017