IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TOMMY JOE McGOOGAN,
ADC # 147267                                                                PLAINTIFF

v.                                  No. 1:17-cv-23-DPM

SISSY WILSON, Lieutenant, Independence
County Detention Center; MICHEAL
CROSLIN, Jail Administrator, Independence
County Detention Center; and SPARKS,
Sergeant                                                                    DEFENDANTS

## JUDGMENT

McGoogan's deliberate indifference claims are dismissed without prejudice, and all his other claims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 June 2017