# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

TOMMY JOE McGOOGAN,
ADC # 147267                                                    PLAINTIFF

v.                         No. 1:17-cv-23-DPM

SISSY WILSON, Lieutenant, Independence
County Detention Center; MICHEAL
CROSLIN, Jail Administrator, Independence
County Detention Center; and SPARKS,
Sergeant                                                        DEFENDANTS

## ORDER

Motion, № 19, denied. The Court stands by its June 2017 Order and Judgment. № 7 & № 8. The Court of Appeals affirmed this Court's decision. № 17. And nothing in McGoogan's new paper warrants relief from the Judgment. FED. R. CIV. P. 60(b).

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

25 September 2018