# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**TOMMY JOE McGOOGAN,**
**ADC # 147267**

**PLAINTIFF**

v.                         **No. 1:17-cv-23-DPM**

**SISSY WILSON, Lieutenant, Independence**
**County Detention Center; MICHEAL**
**CROSLIN, Jail Administrator, Independence**
**County Detention Center; and SPARKS,**
**Sergeant**

**DEFENDANTS**

## ORDER

This Court entered its Order and Judgment in June 2017; and the Court of Appeals affirmed that decision. № 7, 8 & 17. McGoogan's post-judgment motion to appoint counsel, № 21, is therefore denied as moot. This case is closed.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

7 January 2019